918

No. 392. UNION PROPERTIES, INC., *v.* BRENNAN, SUCCESSOR TREASURER OF CUYAHOGA COUNTY, OHIO, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Thomas V. Koykka* for petitioner. *Frank T. Cullitan* and *Saul S. Danaceau* for Brennan, respondent.

No. 429. CAHAN *v.* CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Russell E. Parsons* for petitioner.

No. 443. SEYBOLD ET AL. *v.* WESTERN ELECTRIC Co. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Maurice Walk* and *Harry R. Booth* for petitioners. *Kenneth F. Burgess, Douglas F. Smith* and *Arthur R. Seder, Jr.* for the Illinois Bell Telephone Co. et al., and *Clyde E. Shorey* for the Bankers Trust Co., respondents.

No. 216, Misc. DEITZ, NATURAL TUTRIX, *v.* GREYHOUND CORPORATION. C. A. 5th Cir. Certiorari denied. *B. B. Taylor, Jr.* for petitioner. *G. T. Owen, Jr.* for respondent.

No. 428. SOUKARAS *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 434. LIBERTY MUTUAL INSURANCE CO. ET AL. *v.* BRITTON, DEPUTY COMMISSIONER, UNITED STATES EMPLOYEES' COMPENSATION COMMISSION, ET AL. United